JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD ROBINSON, JR. | ) | Case No. CV 10-2005-JAK (DTB) |
| Petitioner, | ) ) | **J U D G M E N T** |
| vs. | ) | |
| MIKE McDONALD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: <u>January 31, 2013</u>

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE